UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-22714-CIV-UNGARO/SIMONTON

THE MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized Indian
Tribe, and BILLY CYPRESS,

    Plaintiffs,
vs.

STEVEN THIELE,

    Defendant.
_____/

**AFFIDAVIT OF ATTORNEYS' FEES AND COSTS**

STATE OF FLORIDA      )
                                  ) SS:
COUNTY OF MIAMI-DADE  )

    I, Michael R. Tein, am over eighteen years of age and make the following declaration based on personal knowledge:

    1.    I am an attorney at law licensed to practice before the Courts of the State of Florida and this United States District Court.

    2.    I am a partner with the law firm of Lewis Tein, P.L. and am one of the attorneys of record who has performed legal services on behalf of the Plaintiffs in this action.

    3.    Lewis Tein, P.L. has performed legal services in this action which include, but are not limited to, the following:

        (i)    Review of documents from clients;

        (ii)    Draft cease and desist correspondence to Defendant;

        (iii)    Legal research;

   (iv)  Draft pleadings;

   (v)  Respond to Defendant's filings;

   (vi)  Prepare exhibits to be filed with pleadings.

 4. The total amount of attorneys' fees and costs for which we are seeking reimbursement as of December 31, 2008 is $25,490.  *See* Exhibit A.  This amount does not include all items billed to our clients.  Specifically, we have not sought reimbursement for, e.g., any costs other than court clerk's charges and process service fees; time spent on motions or issues that were not presented to the court or were unsuccessful; time spent on background legal research ("getting up to speed"); or time spent by more than one attorney in an intra-office conference.  Further, we have reduced our partner rate to $400 from the actual higher rate charged in this matter.  The $400 rate reflects an average commercial litigation partner rate in Miami.

 5. The fees and costs claimed we are claiming are for actual time and costs spent and billed to the clients.

 I declare, under penalty of perjury, that the foregoing is true and correct.  Executed this 8th day of January, 2009.

             */s/ Michael R. Tein*
             MICHAEL R. TEIN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the pro se party identified on the attached Service List in the manner specified.

*/s/ Michael R. Tein*
Michael R. Tein

## SERVICE LIST

Steven Thiele
26758 SW 123rd Place
Homestead, Florida 33032
*VIA Certified Mail*