# EXHIBIT A

**Lewis Tein P.L.**
**Attorneys' Fees and Costs Sought**
**Miccosukee Tribe of Indians of Florida v. Thiele**
**Case No.: 08-22714-CIV-UNGARO**

| Date | Attorney | Description | Time | Rate | Charge |
|---|---|---|---|---|---|
| 26-Sep | BRD | Confer with Mr. Lewis regarding infringing domain names. Continue Westlaw research regarding trademark dilution and cyberpiracy by using domain names of famous and distinctive marks and names. Obtain report regarding all domain names registered to Steven Thiele. Confer with Mr. Lewis and Mr. Tein regarding same. Review and print information from other registered domain names by Thiele for file. | 3.7 | $225 | $833 |
| 27-Sep | BRD | Continue to draft complaint. | 1.0 | $225 | $225 |
| 28-Sep | BRD | Continue to conduct research regarding domain name infringement on trademarks and famous marks. | 1.4 | $225 | $315 |
| 29-Sep | BRD | Confer with Mr. Tein regarding complaint. Continue to draft complaint. Review, edit and revise complaint. Prepare complaint to be filed in federal district court. Conduct Westlaw research regarding preliminary injunction for trademark dilution and cyberpiracy. Begin drafting preliminary injunction. | 7.6 | $225 | $1,710 |
| 30-Sep | BRD | Confer with Mr. Tein regarding demand letter. Draft demand letter to Thiele for Mr. Tein. Continue drafting preliminary injunction. Print website information to be included in preliminary injunction. Confer with Mr. Tein regarding same. Continue review of research regarding preliminary injunctions in trademark dilution and cyberpiracy context. Confer with Mr. Lewis and Mr. Tein regarding demand letter and service of complaint. | 6.5 | $225 | $1,463 |
| 1-Oct | BRD | Continue research regarding motion for preliminary injunction. Continue drafting same. Confer with Mr. Lewis and Mr. Tein regarding Mr. Thiele's website. | 2.9 | $225 | $653 |
| 2-Oct | BRD | Confer with Mr. Tein regarding Motion for Preliminary Injunction against Mr. Thiele. Continue Westlaw research regarding same. Continue drafting Motion for Preliminary Injunction. | 5.3 | $225 | $1,193 |
| 28-Oct | BRD | Confer with Mr. Tein regarding Mr. Thiele's Motion to Dismiss. Conduct Westlaw research regarding standard for denying motion to dismiss. Draft response in opposition to Motion to Dismiss. Confer with Mr. Tein regarding response. Review Federal Rules of Civil Procedure and Local Rules regarding pro se Defendant. Confer with Ms. Maurer regarding same. Confer with Mr. Tein regarding Amended Complaint. Confer with Mr. Tein and Mr. Lewis regarding motion for default. | 4.2 | $225 | $945 |

1

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 29-Oct | BRD | Confer with Mr. Tein regarding motion for default against Defendant Thiele.  Confer with Mr. Tein regarding letter to Mr. Thiele regarding mistaken filing of Motion to Dismiss in state court.  Draft letter regarding same.  Revise letter for Mr. Tein.  Revise Amended Complaint. | 1.2 | $225 | $270 |
| 30-Oct | BRD | Prepare letter to be sent to Mr. Thiele regarding mistaken filing of motion to dismiss in state court rather than federal court.  Continue drafting response in opposition to motion to dismiss.  Confer with Ms. Maurer regarding same.  Review Mr. Thiele's web site. | 1.1 | $225 | $248 |
| 31-Oct | BRD | Review Mr. Thiele's website.  Print Mr. Thiele's website and confer with Mr. Tein regarding same. | 0.3 | $225 | $68 |
| 4-Nov | BRD | Review initial scheduling order.  Draft letter to Mr. Thiele regarding initial scheduling order.  Confer with Mr. Tein regarding same. | 0.7 | $225 | $158 |
| 6-Nov | BRD | Conduct research regarding domain names owned by Mr. Thiele.  Review domain name registrant report.  Review registrant information and web pages.  Confer with Mr. Lewis regarding Mr. Thiele's domain names. | 1.8 | $225 | $405 |
| 11-Nov | MRT | Receipt of message from plaintiff regarding failure to file motion to dismiss in proper court.  Forward same to Mr. Dasher and follow/up administration regarding status and registration of other domain names. | 0.3 | $400 | $120 |
| 13-Nov | BRD | Confer with Mr. Tein regarding Opposition to Motion to Dismiss.  Conduct Westlaw research regarding failure to comply with local rules. Review, edit and revise opposition.  Confer with Mr. Tein regarding same. | 1.4 | $225 | $315 |
| 14-Nov | BRD | Confer with Mr. Tein regarding opposition to motion to dismiss.  Conduct Westlaw research regarding the same.  Review, edit and revise opposition for Mr. Tein.  Prepare opposition to be filed. | 4.1 | $225 | $923 |
| 17-Nov | MRT | Thiele - Revise response to motion to dismiss.  Conf with Mr. Dasher. | 0.3 | $400 | $120 |
| 17-Nov | BRD | Confer with Mr. Tein regarding Mr. Thiele's website.  Confer with Mr. Tein regarding Opposition to Motion to Dismiss.  Review, edit and revise Opposition to Motion to Dismiss.  Prepare same to be filed.  Prepare same to be served on Mr. Thiele.  Review Order regarding joint scheduling.  Begin drafting proposed order to be sent to Mr.Thiele. | 2.3 | $225 | $518 |
| 18-Nov | MRT | Dictate outline of response to pre-trial order, including pre-trial deadlines. | 0.2 | $400 | $80 |

2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 19-Nov | BRD | Confer with Mr. Tein regarding Joint Scheduling Report and Order.  Confer with Mr. Thiele regarding same.  Draft joint scheduling report and proposed order.  Review, edit and revise same.  Prepare drafts to be sent to Mr. Thiele.  Prepare draft of initial disclosures.  Confer with Mr. Tein regarding same. | 3.9 | $225 | $878 |
| 20-Nov | MRT | Email to Mr. Dasher and review of docket regarding initial disclosures and joint scheduling order. | 0.1 | $400 | $40 |
| 20-Nov | MRT | Outline motion to file unilateral status report and decision not to file same. | 0.3 | $400 | $120 |
| 20-Nov | BRD | Review, edit and revise Plaintiffs' Initial Disclosure.  Prepare to be filed.  Confer with Mr. Tein regarding motion for permission to unilaterally file scheduling report and proposed order.  Draft motion regarding same. | 0.8 | $225 | $180 |
| 21-Nov | BRD | Call to Thiele regarding scheduling report.  Confer with Mr. Tein regarding same.  Revise draft of Scheduling Report and Proposed Order.  Confer with Mr. Tein regarding same.  Prepare report and order to be filed. | 3.7 | $225 | $833 |
| 1-Dec | MRT | Review orders on motion to dismiss and to show cause and outline strategy for final default. | 0.2 | $400 | $80 |
| 1-Dec | BRD | Review Court's Order on Motion to Dismiss.  Review Court's Order to Show Cause. | 0.4 | $225 | $90 |
| 2-Dec | BRD | Review Court's reset deadlines order. | 0.1 | $225 | $23 |
| 4-Dec | BRD | Review message received from Judge Ungaro's chambers regarding cancellation of scheduling and planning conference.  Confer with Mr. Tein regarding same. | 0.2 | $225 | $45 |
| 5-Dec | BRD | Call Judge Ungaro's chambers and confirm cancellation of scheduling and planning conference.  Confer with Mr. Tein regarding same. | 0.2 | $225 | $45 |
| 9-Dec | BRD | Confer with Courtroom Deputy regarding resetting planning and scheduling conference.  Confer with Mr. Tein regarding same.  Confer with Mr. Tein regarding notice of Mr. Thiele's evasion of service. | 0.3 | $225 | $68 |
| 11-Dec | MRT | Review order directing clerk to enter default. | 0.1 | $400 | $40 |
| 11-Dec | BRD | Review Court's order directing Clerk to enter default and clerk's default.  Confer with Mr. Lewis and Chairman Cypress regarding same.  Confer with Mr. Tein regarding preparation of motion for final default judgment and accompanying affidavits. | 0.7 | $225 | $158 |
| 12-Dec | MRT | Outline and instructions regarding motion for injunction. | 0.4 | $400 | $160 |

3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-Dec | BRD | Confer with Mr. Tein regarding motion for permanent injunction. Conduct Westlaw research regarding same. Begin preparing motion for Mr. Tein. | 1.9 | $225 | $428 |
| 14-Dec | BRD | Continue Westlaw research regarding motion for permanent injunction. Begin drafting motion. | 1.8 | $225 | $405 |
| 15-Dec | MRT | Revise response to motion for reconsideration. | 0.5 | $400 | $200 |
| 15-Dec | BRD | Review Mr. Thiele's motion for reconsideration. Confer with Mr. Lewis and Mr. Tein regarding same. Conduct Westlaw research regarding standard of review for setting aside default. Draft opposition to motion for reconsideration. Confer with Mr. Tein regarding same. Continue drafting motion for permanent injunction. Confer with Mr. Tein regarding same. | 7.6 | $225 | $1,710 |
| 16-Dec | MRT | Further work on injunction issue and response to motion for reconsideration. | 0.5 | $400 | $200 |
| 16-Dec | BRD | Review, edit and revise opposition to motion for reconsideration and motion for permanent injunction. Confer with Mr. Tein regarding same. Continue Westlaw research regarding same. Draft proposed order regarding motion for permanent injunction. | 7.2 | $225 | $1,620 |
| 17-Dec | MRT | Finalize response in opposition to motion for reconsideration and motion for final judgment. | 0.5 | $400 | $200 |
| 17-Dec | BRD | Review, edit and revise draft motion for permanent injunction and opposition to motion for reconsideration. Confer with Mr. Tein regarding same. Conduct further Westlaw research regarding same. Revise proposed order for Mr. Tein. Prepare and file same. Email proposed order to Judge Ungaro. Conduct Westlaw research regarding motion for final default judgment. Begin drafting motion for final default judgment. | 9.3 | $225 | $2,093 |
| 18-Dec | MRT | Review and revise motion for final default judgment. | 0.2 | $400 | $80 |
| 18-Dec | BRD | Continue Westlaw and PACER research regarding motion for final default judgment. Continue drafting motion for final default judgment. Begin drafting proposed order. | 7.9 | $225 | $1,778 |
| 19-Dec | MRT | Changes to motion for final default judgment. | 0.2 | $400 | $80 |
| 19-Dec | BRD | Continue draft of proposed order. Confer with Mr. Tein regarding same. Confer with Mr. Tein and Ms. Meyers regarding statutory damages provision. Conduct Westlaw research regarding same. Review, edit and revise motion for final default judgment. Assist Mr. Tein draft Declaration to be included with motion. Prepare exhibits to declaration. Prepare and file motion for final default judgment and proposed order. Confer with Mr. Lewis and Mr. Tein regarding same. | 7.4 | $225 | $1,665 |
| 22-Dec | BRD | Review Court's Order on Motion for Reconsideration. Confer with Mr. Tein and Ms. Meyers regarding same. | 0.3 | $225 | $68 |

4

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 23-Dec | MRT | Review order granting final judgment. Conferences regarding effecting same. | 0.2 | $400 | $80 |
| 28-Dec | BRD | Confer with Mr. Tein regarding email to Mr. Thiele regarding domain name transfer. Conduct internet research regarding domain name transfer. Confer with Mr. Tein regarding same. | 0.8 | $225 | $180 |
| 29-Dec | BRD | Confer with Mr. Tein regarding domain name transfer procedure. Call to YahooDomains regarding ownership transfer. Conduct Internet research regarding same. Confer with Mr. Limardo regarding Lewis Tein, P.L. domain name registration account. Confer with Mr. Tein regarding same. Email Mr. Thiele Court's final order and request for transfer of domain names. Conduct PACER research regarding declaration of attorneys fees. Draft notice and declaration regarding same. Confer with Mr. Lewis and Mr. Tein regarding time entries and declaration of attorneys' fees. | 4.1 | $225 | $923 |
| 30-Dec | MRT | Review procedures regarding transfer of domain names, advice to Mr. Dasher regarding same. | 0.1 | $400 | $40 |
| 31-Dec | BRD | Conduct further internet research regarding transfer of domain names from Thiele to Lewis Tein. Confer with Mr. Tein, Mr. Lewis and Ms. Meyers regarding same. Review Lewis Tein invoices and compute attorneys' fees and costs associated with matter. Confer with Mr. Tein regarding correspondence to Thiele pertaining to domain name transfer. Email Mr. Thiele regarding procedure for transferring domain names. | 1.9 | $225 | $428 |
| | | | | **TOTAL** | **$25,490** |

**Key:**
MRT     Michael Tein (Partner)
BRD     Beau Dasher (Associate Attorney)

5